**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00455-CV

**KIMBERLEY PETTIGREW, Appellant**

**V.**

**MEGAN REEVES & BRIANA TROY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-03642-2011**

## ORDER

The reporter's record in this case is overdue. By postcard dated February 22, 2013, we notified Claudia Webb, Official Court Reporter for County Court at Law No. 4, that the reporter's record was overdue. We directed Ms. Webb to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Claudia Webb to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record.

We notify appellant that if we receive verification that no request for the record has been made or that she has not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record. *See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Claudia Webb, Official Court Reporter for County Court at Law No. 4 and to the Honorable David Rippel, Presiding Judge of the County Court at Law No. 4.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE